# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| Rosenberg | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Case Number: 3:22-cv-00182-RJD |
| TrueAccord Corp. | ) |
| *Defendant(s)* | ) |

## **ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for   Plaintiff

DATED: 2/2/202

/s/ Richard J. Meier
Signature

Richard J. Meier
Name

17542 E 17th Street, Suite 100; Tustin, CA
Address

657-600-9790
Phone Number

949-315-4332
Fax Number

richard@lpglaw.com
E-Mail Address

Rev. 2/11