# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____
*Plaintiff*

v.

_____
*Defendant(s)*

Case Number: _____

# Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter shall select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

☐ The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| *Printed Name of Party* | *Signature of Party or Attorney* | *Date* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Submitted By: _____    Dated: _____

**Note:  Corporations may execute this election only by counsel.**