Document ID: 5aa8c8d1-7669-43f6-8fe3-f2c78586c5b3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| Jessica Rosenberg, | Plaintiff(s) | \| |
| | VS. | \| |
| | | \| Court No.: 3:22-cv-00182-RJD |
| TrueAccord Corp. | | \| |
| | Defendant(s) | \| |

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Jamie White, depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 . Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a Civil Action and Complaint

Defendant to be served: TrueAccord Corp.

ADDRESS WHERE ATTEMPTED OR SERVED: c/o Incorp Services, Inc., 901 S. 2nd Street, Suite 201, Springfield, IL, 62704

I **SERVED** the within named defendant on: 2/16/2022 11:55 AM

**X CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with A.J. Peterson, (Title): Process Specialist, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: 45 Gender: Male Race: Caucasian Height: 6-1 Weight: 226-250 Hair: Brown Glasses: Yes

Additional Comments: I wore a mask and socially distanced myself as best I could when completing this service. Signature obtained

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Electronically signed by: Jamie White

*Ja-White*

2/17/2022 6:50:41 PM UTC
5aa8c8d1-7669-43f6-8fe3-f2c78586c5b3

Jamie White
Printed Name
Process Server
Title



851647_4032297_0_23__V4     Page 1 of 1

File Number: 1LP020422
Reference Number: 4032297
Case Number: 3:22-cv-00182-RJD
Client: Litigation Practice Group
Doc Generated: 02/17/2022 10:47:44:142 AM