IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSICA ROSENBERG,

Plaintiff,

v.

TRUEACCORD CORP.,

Defendant.

Case No. 22-cv-182 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 7/11/2022**           MONICA A. STUMP, Clerk of Court

                               **s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**